**Order entered December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00269-CV

**SAM W. PETTIGREW, JR., Appellant**

**V.**

**CEDAR SPRINGS ALEXANDRE'S BAR, L.P., Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-02340-A**

## ORDER

Before the Court is appellant's December 21, 2016 first motion to extend time to file his brief on the merits. We **GRANT** the motion and **ORDER** the brief filed no later than January 20, 2017.

/s/    CRAIG STODDART
JUSTICE